| | |
|---|---|
| 1 | CATHERINE A. CONWAY (SBN 98366) |
| | GREGORY W. KNOPP (SBN 237615) |
| 2 | ANASTASIA M. BOLES (SBN 224980) |
| | CHRISTOPHER BLANCHARD (SBN 250729) |
| 3 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | 2029 Century Park East, Suite 2400 |
| 4 | Los Angeles, California 90067-3012 |
| | Telephone:     310-229-1000 |
| 5 | Facsimile:      310-229-1001 |
| | cconway@akingump.com |
| 6 | gknopp@akingump.com |
| | aboles@akingump.com |
| 7 | cblanchard@akingump.com |

Attorneys for DEFENDANTS ERNST & YOUNG LLP AND ERNST & YOUNG U.S. LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, JOHN MAXTON, NATHAN LAY, and SARAH FERNANDEZ on behalf of themselves and others similarly situated and on behalf of the general public and DOES 1-20,<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG LLP,<br><br>Defendant. | Case No. CV 05-04867-JF (HRL)<br><br>[Assigned for all purposes to the Honorable Jeremy Fogel]<br><br>**[PROPOSED] ORDER RELATING CASES AND ASSIGNING *RICHARDS* ACTION TO JUDGE FOGEL**<br><br>Complaint Filed: September 27, 2005 |
| ---------------------------------------- | ---------------------------------------- |
| JOSEPH LANDON, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV 08-02853-JF (HRL)<br><br>[Assigned for all purposes to the Honorable Jeremy Fogel]<br><br>Complaint Filed: February 21, 2008 |

6307521

[Proposed] Order Relating Cases And Assigning to Judge Fogel - 08-cv-04988-SI

| | |
|---|---|
| -------------------------------------------------<br>MICHELLE RICHARDS, on behalf of herself and all others similarly situated and on behalf of the general public,<br><br>                 Plaintiffs,<br><br>    v.<br><br>ERNST & YOUNG LLP, and DOES 1 - 50,<br><br>Defendants. | Case No. 08-cv-04988-SI<br><br>[Assigned for all purposes to the Honorable Susan Illston]<br><br>Complaint Filed: June 19, 2008 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties have stipulated to deem *Richards v. Ernst & Young LLP*, Case No. CV 08-04988 ("*Richards*") related to earlier filed cases *Ho v. Ernst & Young LLP*, Case No. CV 05-04867, and *Landon v. Ernst & Young LLP and Ernst & Young U.S. LLP*, Case No. CV 08-02853, and to reassign the *Richards* case to Judge Fogel.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/17, 2008    By _____
                        The Honorable Jeremy Fogel
                        JUDGE, UNITED STATES DISTRICT COURT

6307521

1

[Proposed] Order Relating Cases And Assigning to Judge Fogel - 08-cv-04988-SI