CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
ANASTASIA M. BOLES (SBN 224980)
CHRISTOPHER BLANCHARD (SBN 250729)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    310-229-1000
Facsimile:    310-229-1001
cconway@akingump.com
gknopp@akingump.com
aboles@akingump.com
cblanchard@akingump.com

**E-Filed 3/6/09**

Attorneys for DEFENDANTS ERNST & YOUNG LLP
AND ERNST & YOUNG U.S. LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, JOHN MAXTON, NATHAN LAY, and SARAH FERNANDEZ on behalf of themselves and others similarly situated and on behalf of the general public and DOES 1-20,<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG LLP,<br><br>Defendant. | Case No. CV 05-04867-JF (HRL)<br><br>[Assigned for all purposes to the Honorable Jeremy Fogel]<br>**ORDER APPROVING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: September 27, 2005 |
| JOSEPH LANDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV 08-02853-JF (HRL)<br><br>[Assigned for all purposes to the Honorable Jeremy Fogel]<br><br>Complaint Filed: February 21, 2008 |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. CV 05-04867-JF (HRL), CV 08-02853-JF (HRL) & CV 08-04988-JF (HRL)

| | |
|---|---|
| MICHELLE RICHARDS, on behalf of herself and all others similarly situated and on behalf of the general public,<br><br>             Plaintiffs,<br><br>   v.<br><br>ERNST & YOUNG LLP, and DOES 1 - 50,<br><br>            Defendants. | Case No. 08-cv-04988-JF (HRL)<br><br>[Assigned for all purposes to the Honorable Jeremy Fogel]<br><br>Complaint Filed: June 19, 2008 |

1  WHEREAS this Court has set a date of March 6, 2009 for a Case Management Conference in the above-captioned cases;

WHEREAS lead trial counsel for Plaintiff Joseph Landon has an unavoidable scheduling conflict that prevents their attendance at the Case Management Conference on March 6, 2008; and

WHEREAS counsel for the parties have been meeting and conferring regarding the preparation of a joint case management statement, will continue to meet and confer regarding a joint conference statement, and expect to file a joint conference statement by March 9, 2009;

THE PARTIES HEREBY STIPULATE, by and through their respective undersigned counsel, and pursuant to Local Rule 16-2(e) and the Standing Order Regarding Case Management of Civil Cases in this Court, that:

1. The Case Management Conference in the above-captioned cases be CONTINUED to March 13, 2009 at 10:30 a.m. before Judge Jeremy Fogel.

Respectfully submitted,

Dated: March 5, 2009        MILSTEIN, ADELMAN & KREGER, LLP

By_____/s/ William A. Baird_____
William A. Baird
Attorneys for Plaintiff JOSEPH LANDON

Dated: March 5, 2009        HOFFMAN & LAZEAR

By_____/s/ Ross L. Libenson_____
Ross L. Libenson
Attorneys for Plaintiffs MICHELLE RICHARDS & SARAH FERNANDEZ

Dated: March 5, 2009        AKIN GUMP STRAUSS HAUER & FELD LLP

By_____/s/ Christopher Blanchard_____
Christopher Blanchard
Attorneys for Defendants ERNST & YOUNG LLP and ERNST & YOUNG U.S. LLP

IT IS SO ORDERED.

Dated: 3/6/09

JEREMY FOGEL
United States District Judge

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. CV 05-04867-JF (HRL), CV 08-02853-JF (HRL) & CV 08-04988-JF (HRL)