1  CATHERINE A. CONWAY (SBN 98366)
2  GREGORY W. KNOPP (SBN 237615)
   CHRISTOPHER BLANCHARD (SBN 250729)
3  CHRISTOPHER K. PETERSEN (SBN 260631)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
4  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
5  Telephone:  310-229-1000
   Facsimile:  310-229-1001
6  cconway@akingump.com
   gknopp@akingump.com
7  cblanchard@akingump.com
   cpetersen@akingump.com

8  ATTORNEYS FOR DEFENDANT ERNST & YOUNG LLP

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14

| | |
|---|---|
| MICHELLE RICHARDS, on behalf of herself and all others similarly situated and on behalf of the general public,<br><br>                   Plaintiffs,<br><br>        v.<br><br>ERNST & YOUNG LLP, and DOES 1 - 50,<br><br>                   Defendants. | Case No. 08-cv-04988-JF (HRL)<br><br>[Assigned for all purposes to the Honorable Jeremy Fogel]<br><br>**DECLARATION OF GREGORY W. KNOPP IN SUPPORT OF DEFENDANT ERNST & YOUNG'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    December 4, 2009<br>Time:    9:00 a.m.<br>Dept.:   3 |

## **DECLARATION OF GREGORY W. KNOPP**

I, Gregory Knopp, declare as follows:

1.     I am an attorney at law duly licensed to practice in the Northern District of California and a Partner in the law firm Akin Gump Strauss Hauer & Feld LLP, attorneys of record for Defendant Ernst & Young LLP ("Ernst & Young) in this action.  I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could testify competently under oath thereto.  I submit this declaration in support of Defendant's Motion for Summary Judgment as to Plaintiff Michelle Richards.

2.     Attached hereto as **Exhibit A** are true and correct copies of excerpts from Plaintiff Michelle Richards' July 23, 2009 deposition.

3.     Attached hereto as **Exhibit B** is a true and correct copy of the Errata Sheet to July 23, 2009 Deposition of Michelle Richards.

4.     Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff Michelle Richards' Complaint, filed on June 19, 2008 in the Superior Court of California, County of Sacramento.

5.     Attached hereto as **Exhibit D** is a true and correct copy of Plaintiff David Ho's Complaint, filed September 27, 2005 in the Superior Court of California, County of Sacramento.

6.     Attached hereto as **Exhibit E** is a true and correct copy of Plaintiff David Ho's First Amended Complaint, filed July 17, 2007 in the United States District Court, Northern District of California.

7.     Attached hereto as **Exhibit F** is a true and correct copy of Defendant Ernst & Young's Notice of Motion and Motion for Summary Judgment as to Plaintiff David Ho, filed July 5, 2007.

8.     Attached hereto as **Exhibit G** is a true and correct copy of the Order Granting Defendant's Motion for Summary Judgment as to Plaintiff David Ho.

1    9.      Attached hereto as **Exhibit H** is a true and correct copy of a letter from

2  Stephanie Der to Ross Libenson, dated March 3, 2008.

3    10.     Attached hereto as **Exhibit I** is a true and correct copy of the Order

4  Dismissing Plaintiffs Nathan Lay and John Maxton, dated April 3, 2008.

5    11.     Attached hereto as **Exhibit J** is a true and correct copy of the Declaration

6  of Michelle Richards, dated January 28, 2008.

7    12.     Attached hereto as **Exhibit K** is a true and correct copy of the Order

8  Consolidating Cases for Class Certification Purposes, dated April 20, 2009.

9

10

11

12  Dated:  October 30, 2009                AKIN GUMP STRAUSS HAUER &
                                            FELD LLP
13                                          Catherine A. Conway
                                            Gregory W. Knopp
14                                          Christopher Blanchard
                                            Christopher K. Petersen
15
                                            By: _____
16                                                Gregory W. Knopp
                                               Attorneys for Defendant Ernst &
17                                          Young LLP

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF GREGORY W. KNOPP IN SUPPORT OF
DEFENDANT ERNST & YOUNG'S MOTION FOR SUMMARY JUDGMENT

1

PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

I am employed in the County of Los Angeles, State of California.  I am over the

4

age of 18 and not a party to the within action; my business address is:  2029 Century Park East, Suite 2400, Los Angeles, California 90067.  On October 30, 2009, I served

5

the foregoing document(s) described as:  CAPTION on the interested party(ies) below, using the following means:

6

**All parties identified for Notice of Electronic Filing**

7

**generated by the Court's CM/ECF system under the referenced case caption and number**

8

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the

9

parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above.  I did not

10

receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

11

I declare that I am employed in the office of a member of the bar of this court at

12

whose direction the service was made.

13

Executed on October 30, 2009 at Los Angeles, California.

14

15

16

Rose Shushanyan                               /s/ Rose Shushanyan

17

Print Name                                    Signature

18

19

20

21

22

23

24

25

26

27

28

6396160

PROOF OF SERVICE