1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  STEPHANIE S. DER (SBN 240576)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
4  Telephone:      310-229-1000
   Facsimile:       310-229-1001
5  cconway@akingump.com
   gknopp@akingump.com
6  sder@akingump.com

7  Attorneys for Defendant, ERNST & YOUNG LLP

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 | DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20 | Case No. CV 05-04867 JF
13 | | [Assigned for all purposes to the Honorable Jeremy Fogel]
14 | Plaintiff, |
15 | v. | **DEFENDANT ERNST & YOUNG'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT [FRCP 56(B)]**
16 | ERNST & YOUNG LLP |
17 | Defendant. | *[MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF DARLA HODAPP; DECLARATION OF CATHERINE A. CONWAY FILED CONCURRENTLY HEREWITH]*
18 | |
19 | |
20 | | Complaint Filed: September 27, 2005
21 | |
22 | | Hearing Date: September 21, 2007
23 | | Hearing Time: 9:00 a.m.
   | | Dept. 3

**DEFENDANT ERNST & YOUNG LLP'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

1 | TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

2 | PLEASE TAKE NOTICE that on September 21, 2007, at 9:00 am in Department 3 of the
3 | above-entitled Court, located at 280 South 1st Street, San Jose, California 95113, Defendant Ernst &
4 | Young LLP ("Ernst & Young") will and does hereby move for summary judgment or, in the alternative,
5 | partial summary judgment as to the claims of plaintiff David Ho ("Ho").
6 | This motion will be made pursuant to Federal Rule of Civil Procedure 56 on the ground that
7 | there is no triable issue of material fact as to any of the causes of action alleged in Ho's Complaint and
8 | that Ernst & Young is entitled to summary judgment as a matter of law as to each of the following
9 | issues:
10 |    1. While working at Ernst & Young, Ho was administratively exempt from California's
11 |       overtime requirements because he:
12 |          a. performed non-manual work directly related to the general business operations of
13 |            Ernst & Young and its clients;
14 |          b. customarily and regularly exercised discretion and independent judgment;
15 |          c. performed work along specialized or technical lines requiring special training,
16 |            experience, or knowledge under only general supervision;
17 |          d. was primarily engaged – or was expected to be primarily engaged – in exempt work;
18 |            and
19 |          e. earned a salary that exceeded twice the state minimum wage.
20 |    2. Ernst & Young is entitled to judgment as a matter of law because each of the claims in Ho's
21 |       Class Action Complaint for Unpaid Overtime Wages rests on the premise that Ho was not
22 |       exempt from California's overtime requirements.
23 | This motion will be based on this Notice of Motion, Ernst & Young's Memorandum of Points
24 | and Authorities in Support if its Motion for Summary Judgment, the Declaration of Catherine A.
25 | Conway in Support of Ernst & Young's Motion for Summary Judgment and the exhibits attached
26 | thereto, the Declaration of Daria Hodapp in Support of Ernst & Young's Motion for Summary
27 | Judgment and the exhibits attached thereto, any oral argument that may be presented at the hearing on
28 | this motion and any other matter that the Court deems appropriate.

1

DEFENDANT ERNST & YOUNG LLP'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On July 5, 2007, I served the foregoing document(s) described as: **DEFENDANT ERNST & YOUNG LLP'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 5, 2007 at Los Angeles, California.

Tracy Howe
[Print Name of Person Executing Proof]                                    [Signature]

3
**DEFENDANT ERNST & YOUNG LLP'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

## Motions
5:05-cv-04867-JF Ho v. Ernst & Young LLP
ADRMOP, E-Filing, PRVADR

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by Conway, Catherine entered on 7/5/2007 12:28 PM and filed on 7/5/2007
**Case Name:**         Ho v. Ernst & Young LLP
**Case Number:**       5:05-cv-4867
**Filer:**             Ernst & Young, LLP
**Document Number:** 78

**Docket Text:**
MOTION for Summary Judgment & *Notice of Motion* filed by Ernst & Young, LLP. Motion Hearing set for 9/21/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Conway, Catherine) (Filed on 7/5/2007)

**5:05-cv-4867 Notice has been electronically mailed to:**

Catherine A. Conway     cconway@akingump.com, thowe@akingump.com

Stephanie S Der     sder@akingump.com, thowe@akingump.com

Leon Greenberg     wagelaw@aol.com

Gregory William Knopp     gknopp@akingump.com, dkucko@akingump.com

Mark R. Thierman     laborlawyer@pacbell.net, kellyann@callatg.com, thier3@callatg.com,

thier4@callatg.com, thier6@callatg.com

**5:05-cv-4867 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\thowe\Desktop\Ho - Notice & Motion.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/5/2007] [FileNumber=3573939-0] [
6c90667b1ce1875d8e091a12979e38573fab4dfe4a41e5fcc497b651af548254afab81
3764c76a7ba0cb7c52a6cc0ea30c7963da6bdceb5dec05cfc11e22b934]]